G1LSHALC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                            15 CR 825 (ALC)

ELIOT HALBERSTAM,

            Defendant.

------------------------------x
                                          New York, N.Y.
                                          January 21, 2016
                                          1:00 p.m.

Before:

            HON. ANDREW L. CARTER, JR.,

                                          District Judge


                         APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
ANDREW BEATY
     Assistant United States Attorney

STACY RICHMAN
     Attorney for Defendant
```

1           (Case called)
2           MR. BEATY:  Good afternoon.  Andrew Beaty for the
3  government.
4           MS. RICHMAN:  Good afternoon, your Honor.  Stacy
5  Richman on behalf of Mr. Halberstam.
6           THE COURT:  Good afternoon.  Good afternoon,
7  Mr. Halberstam.
8           What is the status of this matter?
9           MR. BEATY:  Your Honor, the government is still in the
10  process of putting together discovery and producing it.  Other
11  discovery, the child porn portion of discovery, are in the
12  custody of the FBI, and I understand that Ms. Richman is in the
13  process of trying to get in touch with the agent to coordinate
14  the review of that discovery.  The government intends to
15  produce today -- hopefully today, if not then tomorrow -- the
16  bulk of the NCP discovery to the defense.
17           MS. RICHMAN:  If I may, your Honor.
18           I had reached out, with Mr. Beaty's help, to Agent
19  Spivack to arrange to try to start reviewing that which I
20  should for this matter.  Agent Spivack has not returned my call
21  as of yet.  I understand from AUSA Beaty that he is about to
22  begin his own trial and they are going to give me another agent
23  to reach out to.  I also wish to make the court aware that I am
24  in a three-month long enterprise corruption case.  I would be
25  asking the court's indulgence that timing may be somewhat

1  extended on this due to my commitment there.
2            THE COURT:  Okay.  How would you like to proceed?
3            MS. RICHMAN:  First, your Honor, I look forward to the
4  receipt of the e-mails.  Both AUSA Beaty and I expected I would
5  have received them already and I would have been able to begin
6  something along that line and then meet further with
7  Mr. Halberstam.  Perhaps if we have another adjournment for
8  control to check on the status of discovery and our respective
9  trials.
10           I would also, if the court pleases, like to make a
11 bail application on behalf of Mr. Halberstam.  If the court
12 would wish me to put it into writing, I am happy to do so.  I
13 think it would facilitate my work with him vis-a-vis the
14 e-mails, which I understand from the government I may review
15 with Mr. Halberstam, obviously not the CP discovery.
16           THE COURT:  Let's first deal with the first matter.
17 You would like to adjourn this until when for a status
18 conference?
19           MS. RICHMAN:  I can only ask in terms of what the
20 government perceives their agent's timing will be in getting
21 back to me and what arrangements they can make with me.  I have
22 tried to follow up, I just have not had a return call, not to
23 anyone's fault.  I understand everyone is quite busy.
24           THE COURT:  You're on trial now or you're about to
25 start a trial?  You have a trial scheduled?

1          MS. RICHMAN:  I have been engaged.  We don't have a
2     day off.  Since it is a three-month trial, jury selection is
3     taking longer than expected.  I have been engaged since
4     January 11.
5          THE COURT:  All right.  How about this, why don't we
6     adjourn this matter for approximately 45 days.  Will that give
7     the parties enough time to try to coordinate discovery and give
8     counsel an opportunity to start reviewing discovery?
9          MR. BEATY:  That's fine with the government.  I'll
10    reach out to the case agent and another FBI agent today to tell
11    them that the timing is important to get defense counsel access
12    to the materials.
13         THE COURT:  How does that sound?
14         MS. RICHMAN:  I'll keep the court posted with regard
15    to the trial schedule.  I have also suggested to the agent, if
16    I may meet with him during lunch breaks, after hours as well,
17    to help facilitate this matter.
18         THE COURT:  Let's do this, let's adjourn the matter
19    for 45 days.
20         Could we get a date, Tara?
21         THE DEPUTY CLERK:  March 7 at one o'clock.
22         MS. RICHMAN:  That would be best.
23         With regard to the bail application, your Honor, is it
24    your preference that I place it in writing?  I have already
25    concurred with the government.  They will be opposing my

1    application, but I do perceive that in accord with the statute,
2    despite the nature of this matter, that there are certainly
3    conditions that will both assure Mr. Halberstam's appearance
4    and the safety of the community, including, as I have already
5    presented to the government, places where he would be able to
6    stay with a bracelet that have absolutely no Internet access
7    whatsoever.
8            THE COURT:  Before we get there, we have adjourned
9    this matter until March 7.  I will exclude time under the
10   Speedy Trial Act from today's date until March 7 so that
11   defense counsel may receive the discovery and review the
12   discovery to be better prepared for trial.  I find it is in the
13   interest of Mr. Halberstam and the interest of justice to
14   exclude time under the Speedy Trial Act from today's date until
15   March 7.  I further find that those interests outweigh the
16   public's interest in a speedy trial, and I will enter an order
17   to that effect.
18           In terms of the bail application, here is what I will
19   do.  I will refer this matter to the duty magistrate.  You can
20   make the bail application before the magistrate judge.
21           MS. RICHMAN:  Very good, your Honor.
22           THE COURT:  Thank you very much.
23           Anything else from the government?
24           MR. BEATY:  Nothing from the government, your Honor.
25           THE COURT:  Anything else from the defense?

G1LSHALC

1          MS. RICHMAN:  No.  Thank you, your Honor.
2          THE COURT:  Have a good day.
3          (Adjourned)