

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2016

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States* v. *Elliot Halberstam*, 15 Mag. 4032

Dear Judge Carter:

  The Government writes respectfully to request that the conference scheduled for Monday, March 7, 2016, at 1:00 p.m., in the above-captioned case be adjourned for approximately one month to a time convenient for the Court. The reason for the request is that defense counsel remains engaged on a trial in New York State court.

  The Government further respectfully requests that time under the Speedy Trial Act be excluded from March 7, 2016, through the conference date set by the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice are served by this exclusion of time so that the defense may continue reviewing discovery, and the parties may continue negotiating a disposition of this case. Defense counsel consents to the exclusion of time.

            Respectfully submitted,

            PREET BHARARA
            United States Attorney

          by: _____
            Andrew D. Beaty
            Assistant United States Attorney
            (212) 637-2198

cc:  Stacey Richmen, Esq.