

THE LAW OFFICES OF
# Richman Hill & Associates PLLC

April 5, 2016

**VIA ELECTRONIC CASE FILING**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                                                Re:    *United States v. Elliot Halberstam*
                                                                15 CR 825

Dear Judge Carter,

      I am writing to respectfully request that the appearance scheduled for Tuesday, April 12, 2016, at 10:00 a.m., in the above referenced matter be adjourned for approximately one month at a time convenient to the Court as I remain engaged on trial before Judge Dwyer in the matter of People v. Ernest Aiello. The trial is expected to last approximately another three weeks.

      I have discussed this with AUSA Andrew Beaty and he has indicated that he has no objection to my request.

      Thank you for your time and consideration.

                                                                                     Very truly yours,

                                                                                   Stacey Richman, Esq.

c.c.    Andrew D. Beaty