THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

July 20, 2016

VIA ECF

Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   USA v. Elliot Halberstam   15-cr-825-ALC

Dear Judge Carter:

I am the law partner to Stacey Richman, the attorney of record for Mr. Halberstam. This matter is currently scheduled before Your Honor on August 1, 2016.

On behalf of Ms. Richman, I am respectfully requesting that this matter be adjourned for (4) weeks. Ms. Richman was actively engaged on trial in New York County from January 11th – May 17th in the matter of People v. Ernest Aiello and thereafter was engaged on trial in Queens County in the matter of People v. Fana Reyes. Ms. Richman is now out of the country until August 1st. Upon her return, Ms. Richman and AUSA Beaty will be engaged in plea negotiations.

Ms. Richman has communicated with AUSA Andrew Beaty and her client, Elliot Halberstam. Neither of them have any objection to this request.

Thank you for your consideration.

Respectfully submitted,

Renée C. Hill, Esq.

Cc:   AUSA Andrew Beaty via ECF