USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **2-27-19**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                             **ORDER**

                                             15-CR-825 (ALC)

      -v-

Elliot Halberstam,

              Defendant(s)
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The February 28, 2019 sentencing is adjourned to **1:30 p.m.**

**SO ORDERED.**

Dated: New York, New York
       February 27, 2019

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**